UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:20-cr-00054-M-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JAMAL DEVON BRYANT, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on Defendant's motion to seal Docket Entry Number 36. [DE-37] For good cause shown, Defendant's motion is GRANTED. Docket Entry 36 is hereby sealed until further order of the court.

SO ORDERED this the 5th day of February, 2021.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE